IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RADAMES SANABRIA,**<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>**THE PHILADELPHIA DISTRICT ATTORNEY'S OFFICE, et al.,**<br><br>　　　　　　Respondents. | **CIVIL ACTION**<br><br>**NO. 23-855-KSM** |

## ORDER

**AND NOW**, this 29th day of September, 2025, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 27), to which neither party objects,[1] it is **ORDERED** that:

1.　The Report and Recommendation is **APPROVED and ADOPTED**.

2.　The Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.

---

[1] On September 19, 2024, this Court adopted Judge Sitarski's Report and Recommendation, to which Petitioner Radames Sanabria did not object, denied Sanabria's petition with prejudice, and declined to issue a certificate of appealability. (Doc. No. 28.) On April 14, 2025, the Court received a letter from Sanabria, which the Court understood as a request for the opportunity to respond to Judge Sitarski's Report and Recommendation. (Doc. No. 29.) On May 29, 2025, having construed Sanabria's letter request as a motion for relief from this Court's denial of his habeas petition under Federal Rule of Civil Procedure 60(b)(1), the Court granted Sanabria's motion, vacated the Court's prior Order adopting the Report and Recommendation and denying his petition, and directed Sanabria to file objections to the Report and Recommendation no later than June 27, 2025. (Doc. No. 30.) On July 9, 2025, the Court granted Sanabria's motion for an extension of time to file objections and directed Sanabria to file his objections no later than August 8, 2025. (Doc. No. 32.) On August 1, 2025, after receiving a letter from Sanabria indicating that the Court's July 9 Order was deemed unacceptable correspondence and never provided to Sanabria (Doc. No. 33), the Court ordered Sanabria to file objections to Judge Sitarski's Report and Recommendation no later than September 2, 2025. (Doc. No. 34.) To date, the Court has not received any objections or any other filing from Sanabria.

3.       There is no probable cause to issue a certificate of appealability.[2]

4.       The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.

---

[2] Because jurists of reason would not debate the procedural or substantive dispositions of Petitioner's claims, no certificate of appealability should be granted. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward:  The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. . . .  When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.").